UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MARK ALAN SHOEMAKER,<br><br>    Debtor-in-Possession.<br>_____<br>MARK SHOEMAKER,<br><br>    Plaintiff and Appellant,<br><br>v.<br><br>ALFRED H. SIEGEL; ANTHONY FRIEDMAN; BRET D. LEWIS; LEVENE NEALE, BENDER, YOO & BRILL L.L.P.; DOES 1-50, inclusive,<br><br>    Defendants and Appellees. | Case No.: 2:17-cv-02033-RGK<br><br>**JUDGMENT ON APPEAL FROM BANKRUPTCY COURT**<br><br>Bankruptcy Case No. 1:14-bk-15182-GM<br>Adversary Case No. 1:16-ap-01142-GM |

1

Pursuant to Federal Rule of Bankruptcy 8024, and consistent with the Court's August 25, 2017, Opinion, it is ordered and adjudged by this Court that the Bankruptcy Court's orders of dismissal of the claims of Plaintiff and Debtor Mark Shoemaker as asserted in the adversary action no. 1:16-ap-01142-GM against Levene, Neale, Bender, Yoo & Brill LLP, Anthony Friedman, Alfred H. Siegel, and Bret D. Lewis, are affirmed, and a final judgment is hereby entered in favor of Respondents Levene, Neale, Bender, Yoo & Brill LLP, Anthony Friedman, Alfred H. Siegel, and Bret D. Lewis and against Mark A. Shoemaker. Respondents to recover their costs.

December 29, 2017

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

cc: U.S. Bankruptcy Court
U.S. Trustee

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 1100, Los Angeles, California 90067-6002.

On September 12, 2017, I served the document(s) described as **JUDGMENT ON APPEAL FROM BANKRUPTCY COURT** on all interested parties in this action by:

☒ placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as stated below:

> Mark Alan Shoemaker
> 16717 Brayton Park Drive
> Austin, TX 78717

☒ **BY MAIL:** I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [F.R.C.P. Rule 5(b)(2)(C); F.R.C.P. Rule 6(d)].

☐ **BY OVERNIGHT COURIER:** By depositing copies of the above document(s) in a box or other facility regularly maintained by FEDERAL EXPRESS, in an envelope or package designed by FEDERAL EXPRESS with delivery fees paid or provided for and sent to the person(s) named on the attached service list [F.R.C.P. Rule 5(b)(2)(F); F.R.C.P. Rule 6(d)].

☐ **BY ELECTRONIC SERVICE:** By electronically mailing a true and correct copy through Gipson Hoffman & Pancione's electronic mail system to the e-mail address(es) set forth above, or as stated on the attached service list. [F.R.C.P. Rule 5(b)(2)(E); F.R.C.P. Rule 6(d)].

☐ **BY PERSONAL SERVICE:** I caused such envelope to be delivered to the offices of the addressee.

☐ **BY FAX:** From Fax No. (310) 556-8945 to the facsimile numbers listed on the attached mailing list. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. [F.R.C.P. 5(b)(2)(E); F.R.C.P. Rule 6(d)].

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 12, 2017, at Los Angeles, California.

/s/ *Elaine Miyashiro*
Elaine Miyashiro

763200.5 - 05176.00001